UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JEREMIAS SERRANO,

        Plaintiff,

v.

JOHN DOE, OFFICER GILLIARD,
JOHNNY C. WRIGHT, N. CONYERS, and
LINDA OESAR,

        Defendants.

3:17-CV-01606 (CSH)

AUGUST 20, 2018

## ORDER APPOINTING PRO BONO COUNSEL
## PURSUANT TO LOCAL CIVIL RULE 83.10(c)(1)

**HAIGHT, Senior District Judge:**

By letter to the Court dated August 20, 2018 [Doc. 22], Plaintiff Jeremias Serrano re-files his motion for the appointment of counsel to represent him in this prisoner's civil rights action.

In a prior Ruling [Doc. 17], the Court denied that motion without prejudice to refiling if Plaintiff became better able to demonstrate the prerequisites for the appointment of counsel. Having considered Serrano's most recent letter, and reconsidered the case, the Court is satisfied Serrano has made that showing.

Serrano is unable to comply with further Court directives, and his present place of incarceration furnishes no meaningful assistance. As his granted *in forma pauperis* status [Doc. 16] and filed financial affidavit and prison trust fund account [Doc. 14, 15] reflect, he is unable to afford legal counsel. Moreover, the facts plaintiff has presented with his July 17, 2018 letter [Doc. 20] suggest that, with legal assistance, he may assert a plausible constitutional claim. It is alleged that in September 2015, while Serrano was in custody, he suffered a fractured right ankle, which the

1

prison medical staff treated as a minor injury, affording Serrano no relief until successful surgery was performed in March 2017 to repair the fracture, thereby allowing Plaintiff to return to his normal duties. The pain and suffering Serrano experienced during this extended interval have Eighth Amendment implications. Pursuant to Local Civil Rule 83.10(c)(1), the appointment of counsel is appropriate and will "serve the interests of justice" in this case. With this appointment, he will be able to file an amended complaint which addresses the legal insufficiencies identified by the IRO [Doc. 19] and the Court's prior Order [Doc. 21].

Plaintiff's renewed motion for the appointment of *pro bono* counsel is GRANTED. The Clerk is directed to initiate the appointment procedures pursuant to Local Civil Rule 83.10(d). In particular, the Court hereby directs the appointment as "pro bono counsel the next attorney whose name is randomly generated by the Volunteer Wheel or, if no attorney from the Volunteer Wheel is available, the Assignment Wheel." D. Conn. L. Civ. R. 83.10(d)(1). The August 27, 2018, deadline to file an amended complaint set forth in the Court's July 26, 2018, Order [Doc. 21] is hereby stayed and will be reset upon entry of appointed counsel's appearance on the case docket.

It is SO ORDERED.

Dated: New Haven, Connecticut
August 20 , 2018

/s/Charles S. Haight, Jr.
CHARLES S. HAIGHT, JR.
Senior United States District Judge